UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,          Case No. 16-cr-20035

v.          Honorable Thomas L. Ludington

JORDAN PRESCOTT EVONNE WALTON,

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S PLEA OF GUILTY**

On June 14, 2016, United States Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant's consent. The Magistrate Judge issued her report on June 15, 2016, recommending that this Court accept Defendant's plea of guilty.

Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The failure to file objections waives any right to appeal the magistrate judge's findings that Defendant was competent to enter a plea, and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 18, is **ADOPTED** and Defendant's plea of guilty is **ACCEPTED**.

Dated: July 28, 2016          s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 28, 2016.

                                          s/Michael A. Sian
                                          MICHAEL A. SIAN, Case Manager